1  PETER J. MUELLER, ESQ.
   STATE BAR NUMBER 059774
2  PARK PLACE NORTH CENTER, SUITE 305
   950 BOARDWALK
3  SAN MARCOS, CALIFORNIA  92078-2639
   (858)451-3445
4
   MICHAEL T. McCOLLOCH, ESQ.
5  STATE BAR NUMBER 066766
   2244 CARMEL VALLEY ROAD, SUITE B
6  DEL MAR, CALIFORNIA 92014
   (858)356-0841
7
8  ATTORNEYS FOR PLAINTIFF,
   KARL JONES
9

10              UNITED STATES DISTRICT COURT

11          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12
   KARL JONES, An Individual,      )    CIVIL ACTION FILE
13                                  )    NO.  '11CV1450 W    JMA
        Plaintiff,                  )
14                                  )    COMPLAINT AND DEMAND
                                    )    FOR JURY TRIAL
15 vs.                              )
                                    )    (CIVIL RIGHTS)
16                                  )
   THE COUNTY OF SAN DIEGO, CALIFORNIA)
17 SAN DIEGO COUNTY SHERIFF'S DEPART- )
   MENT; COUNTY SHERIFF DOE 1; COUNTY )
18 SHERIFF DOE 2; and DOES 1 Through )
   100, Inclusive,                  )
19                                  )
        Defendants.                 )
20 _____)

21
        The Plaintiff for causes of action against the Defendants

22
   and each and all of them allege on information and belief as

23
   follows:

24
                        FIRST COUNT
25          (Unconstitutional Invasion Of Rights,
            Privileges And Immunities Guaranteed
26          By The United States Constitution.)

27
                              1
28

                           COMPLAINT

1        1. At all times herein mentioned, Plaintiff was a resident

2   of El Cajon, California, in the County of San Diego, and in the State

3   of California, U.S.A. Plaintiff also was a full time stay at home

4   father of two young children, Kaelyn (12/12/06 age 2) and Kai (8/11/08

5   age 1).   Plaintiff who had recently graduated from college with a

6   Certified Nursing Assistant degree and license and who was at all

7   times herein mentioned supporting his family by his care giving for

8   his  children,  suffered  the  abridgment  of  his  Constitutionally

9   protected rights and civilly protected rights against wrongful seizure

10  and detention and protection against racial discrimination when those

11  rights were abridged by the Defendants acting abusively under color

12  of  state  law  and  authority  without  due  process  of  law  as  is

13  hereinafter more fully set forth.   Plaintiff's children were also

14  wrongfully kidnaped through the conspiracy of the Defendants also

15  under color of law further depriving Plaintiff without due process of

16  the law of his protected right to the free enjoyment and unabridged

17  access and immunity from abridgement to his free enjoyment of his

18  life, liberty and pursuit of happiness concerning the safety and

19  sanctity of his family and property all in a discriminatory manner

20  based in significant part upon his African American ancestry and

21  descent as is hereinafter more fully set forth.

22        2. Defendants are THE COUNTY OF SAN DIEGO, THE SAN DIEGO COUNTY

23  SHERIFF'S DEPARTMENT and their officers and agents, specifically

24  including but not limited to COUNTY SHERIFF DOE 1 AND COUNTY SHERIFF

25  DOE 2 and DOES 3 Through 5 (hereafter collectively referred to as

26  "SHERIFF DEFENDANTS") and DOES 6 through 100, whose names and identi

27

28                                    2

COMPLAINT

1  ties are presently unknown to the Plaintiff, who is presently unaware

2  of their true names, capacities and positions as well as of the true

3  names and positions of the various County Officers, agents and

4  employees who established and approved the policies and practices

5  followed by the SHERIFF DEFENDANTS as is hereinafter more fully set

6  forth.  Plaintiff accordingly begs leave of this Court to amend this

7  Complaint to set forth the true names, capacities and offices of the

8  various County officers, employees and agents when their identities

9  have become known to Plaintiff through discovery and otherwise herein.

10      3. All Defendants including all Doe Defendants 1 through 25

11  herein mentioned were acting in and for THE COUNTY OF SAN DIEGO, under

12  color of their authority as subdivisions of the State of California

13  and as County Peace Officers and under color of the statutes,

14  regulations, customs, and usages of the State of California, the

15  County of San Diego, and the officers of the County Sheriff of San

16  Diego County, respectively.  Plaintiff is further informed and

17  believes and thereon alleges that the hereinabove named Defendants

18  were, in doing all of the things hereinafter set forth by the entirety

19  of this Complaint, acting pursuant to the approved and official law

20  enforcement policies of the Defendant, COUNTY OF SAN DIEGO MUNICIPAL

21  GOVERNMENT as created by various County Officials acting under color

22  of their authority as such County Officers.

23      4. This action arises under the Civil Rights Act of 1871 (42 USC

24  §1983) as well as under the 1968 Civil Rights Act (42 USC §3604) as

25  hereinafter more fully appears.  This Court has jurisdiction under 28

26  USC §1343 as well as under 42 USC §3612.

27

28

3

COMPLAINT

5. Plaintiff is not informed of the true names and capacities of the Defendants sued herein as Does 1 through 100, inclusive, and therefore sues these Defendants by such fictitious names.  Plaintiff will amend this Complaint to allege their true names and capacities when the same have been ascertained.  Plaintiff is informed and believes and thereon alleges that each of the Defendants was the agent, servant or employee of each of the other Defendants in doing the acts herein alleged and that each of the Defendants was the agent, servant or employee of each of the other Defendants in doing the acts herein alleged.  Said Doe Defendants together with Defendants COUNTY OF SAN DIEGO and THE COUNTY OF SAN DIEGO SHERIFF'S DEPARTMENT are hereinafter collectively sometimes referred to as "DEFENDANTS".

6. On September 1, 2009, at El Cajon, California, while acting in a lawful and peaceable manner and while in his home in El Cajon, California, Plaintiff, an adult male of African American descent, was intentionally and wrongfully, by and through the operation of coordination and conspiracy among the Defendants, unlawfully and unconstitutionally seized and detained by Doe Defendants 1 through 5 acting I concert with THE COUNTY OF SAN DIEGO Defendants, and the COUNTY OF SAN DIEGO'S SHERIFF'S DEPARTMENT and Does 26 through 50, forced to leave his home without cause and sit on a curb or in the back seat of a Sheriff's squad car for hours in his underwear, not allowed to stand while seized and forced to sit on a curb, while said Defendants acting in coordination and conspiracy with Does 1 through 50, removed his personal property from his home and kidnap his two young children from him and out of the State of California, all

4

COMPLAINT

1  without court order, just cause or reason other than to deprive him
2  of his right to the free enjoyment and access to his life, liberty and
3  pursuit of happiness all in a discriminatory manner based in
4  significant part on the fact of his African American ancestry. Officer
5  Doe 1 specifically expressed the desire to deprive Plaintiff of the
6  knowledge that his children were being removed from him and from the
7  State of California, namely being kidnaped from him with the aid and
8  support of the SHERIFF DEFENDANTS and Does 6 through 25, and each of
9  them, all without due process of the law and in flagrant violation of
10 Plaintiff's Constitutionally protected rights and protected civil
11 rights under the law of the land of the United States Of America.

12     7. Defendants' conduct in doing each of the things alleged by the
13 entirety of paragraph 6, supra, was intentional, illegal, wrongful,
14 without probable cause or due process of law and violated Plaintiff's
15 human and civil rights including his guaranteed Constitutional rights
16 to free speech, free association and assembly, right to be free from
17 unreasonable seizure of his person without probable cause or due
18 process of law, right to be free of deprivation of personal liberty
19 and property without probable cause or due process of law, as well as
20 abridgment of his privileges and immunities as a citizen of the United
21 States of America as guaranteed to Plaintiff by the Fourteenth
22 Amendment of the United States Constitution as that Amendment
23 incorporates the Bill of Rights to the Unites States Constitution.

24     8. Defendant's hereinbefore said intentional and wrongful conduct
25 also constituted an offensive and injurious shock and insult to
26 Plaintiff in a cruel and unusual manner causing great shock and injury
27
28                                    5

to Plaintiff and to his physical and emotional being in a cruel and unusual manner causing personal injury to Plaintiff both somatically and emotionally.

9. As a direct and proximate result of the said Defendants' illegal, unconstitutional and wrongful conduct, Plaintiff suffered irreparable and permanent injury to his person as well as violated his protected Constitutionally protected rights and legislatively protected Civil rights in that sum as shall be proved at trial. As a further direct and proximate result of said Defendants' illegal, unconstitutional and wrongful conduct, Plaintiff was required to and did incur attorney's fees and costs all to his damage to locate and recover custody and visitation rights and find reunification with his children in the sum of in excess of $15,000.00 to successfully pursue the location and recovery of his children and property.

10. Plaintiff believes and thereon alleges that in doing each of the acts hereinbefore more fully alleged by paragraphs 6 through 9 supra, that Defendants, and each of them, are liable to Plaintiff for punitive damages in the sum of $10,000,000.00 or such other and further sums as shall be proved at trial.

SECOND COUNT
(Violation of Civil Rights)

11. Plaintiff repeats, realleges and reavers each and all of the allegations by Paragraphs 1 through 10, by the FIRST COUNT contained as though set forth in full hereat.

12. In doing each of the acts more fully set forth by the FIRST COUNT, Plaintiff believes and thereon alleges that each of the Officer Defendants, while acting under color of the State Law as well as with

6

---

COMPLAINT

the approval and approbation of the County of San Diego and the County of San Diego Sheriff's Department and its designated officers, agents and employees as well as while acting within the established (written and unwritten) policies of the Defendants including the County of San Diego including its Sheriff's Department wrongfully detained and seized Plaintiff in significant part for the reason that he was of African American descent and ancestry and is hereinbefore more fully set forth.

13. The acts of the Defendants, and each of them, were discriminatory to Plaintiff and such discrimination was because of Plaintiff's African American ancestry and descent. Furthermore, Plaintiff is informed and believes and thereon alleges that said Defendants caused Plaintiff's seizure and detention for the additional reason that Plaintiff expressed concern and distress over the manner in which he was treated, seized, deprived of his liberty and pursuit of happiness and freedom without apparent justification, just or probable cause and without due process of law, all in violation of his protected civil rights as aforesaid.

14. As a direct and proximate result of the said Defendants' seizure and detention, while said Defendants aided and abetted the kidnaping of Plaintiff's children and the conversion and theft of his property, the Defendants are liable for damages I the manner and sum as shall be proved at trial and as more fully set forth by paragraphs 9 and 10 of the FIRST COUNT which are incorporated herein as though set forth in full hereat.

////

7

COMPLAINT

THIRD COUNT
(Wrongful Abridgment Of Civil
Rights by Abuse Of Process)

15. Plaintiff repeats, realleges and reavers each and all of the allegations by Paragraphs 1 through 14, by the FIRST and SECOND COUNTS contained as though set forth in full hereat.

16. Plaintiff believes and thereon alleges that the Defendants, and each of them, wrongly seized and detained Plaintiff under the alleged policy and procedure to 'preserve the peace' when in truth and in fact said Defendants acted to abuse the process of said Defendants procedures and policies as part of an overall bias and prejudice against citizens of African American descent and ancestry in the communities that ring the south and west quadrants of the County of San Diego who are demographically of a greater population percentage and concentration of African American ancestry and descent causing the Defendants to adopt a prejudicial and abusive presence based on the biased and abusive rationale that citizens displaying African American ancestry and descent are innately more violent and uncivilized members of American society and San Diego County residents and citizens.

17. In doing each and all of the acts hereinbefore set forth by Paragraphs 6 through 9 supra, Plaintiff is informed and believes and thereon alleges that the Defendants, and each of them, are guilty of a wrongful, intentional and abusively malicious invasion of Plaintiff's constitutionally protected rights as well as of his civil rights within the meaning of Title 42 USC Section 1983.

18. As a direct and proximate result of said Defendants' seizure, detention and abridgment of Plaintiff's person, property and his right

8

COMPLAINT

1 │ to protect and enjoy his right to family and property, as is
2 │ hereinbefore more fully set forth, the Defendants are liable for
3 │ damages in the manner and sum as is hereinbefore more fully set forth
4 │ by the entirety of Paragraphs 9 and 10 of the FIRST COUNT which are
5 │ incorporated herein as though set forth in full at this point.
6 │      WHEREFORE, Plaintiff prays for damages against Defendants, and
7 │ each and all of them under all causes of action as follows:
8 │      1. For general damages in an amount subject to proof;
9 │      2. For special damages in an amount according to proof;
10 │      3. For exemplary damages in an amount according to proof;
11 │      4. For prejudgment interest pursuant to Civil Code Section 3291
12 │ (West, 2011);
13 │      5. For costs of suit herein incurred;
14 │      6. For such other and further relief as the Court may deem just
15 │ and proper.
16 │ DATED: May 16, 2011   S/ _____
   │                  PETER J. MUELLER, Attorney for
17 │                  Plaintiff

9

COMPLAINT

JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Jones, Karl

## DEFENDANTS
The County Of San Diego, California San Diego County Sheriff's Department, County Sheriff Doe 1, County Sheriff Doe 2 and Does 1 Through 100, Inclusive

(b) County of Residence of First Listed Plaintiff   Harris County, Texas
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   San Diego County, CA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

'11CV1450 W     JMA

(c) Attorney's (Firm Name, Address, and Telephone Number)
Law Office Of Peter J. Mueller
950 Boardwalk, Suite 305
San Marcos, CA 92078-2639

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC §1983, 42 USC §3604
Brief description of cause:
Defendants violated Plaintiff's civil rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE  06/06/2011
SIGNATURE OF ATTORNEY OF RECORD  S/

**FOR OFFICE USE ONLY**
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____