

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karl Jones<br><br>Plaintiff,<br>V.<br><br>County of San Diego, William D Gore,<br>and San Diego County Sheriff<br><br>Defendant. | Civil Action No.   11-cv-01450-W-KSC<br><br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Grants Defendants' Summary Judgment.


Date:         9/12/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/  V. Mosqueda

V. Mosqueda, Deputy